# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | Case No. 3:15MJ00309 |
| | : | |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| SYDNEE M. TODD, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on September 4, 2015.  Defendant appeared with counsel and waived her right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

September 9, 2015

                s/ Sharon L. Ovington
                Sharon L. Ovington
             Chief United States Magistrate Judge