# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

    Plaintiff, :     Case No. 3:15cr00150

vs. :     District Judge Walter Herbert Rice
    Chief Magistrate Judge Sharon L. Ovington

SYDNEE M. TODD, :

    Defendant. :

## ORDER

This matter came before the Court for hearing on November 20, 2015 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #27). Having conducted a full colloquy with Defendant Sydnee M. Todd the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as to Count 1 of the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and

recommendations of the United State Magistrate Judge, and finds that Defendant Sydnee M. Todd's guilty plea was knowing, voluntary, and intelligent. Defendant is FOUND guilty as charged of the offense to which she pled – specifically, Count 1 of the Information, Knowingly Making A False Statement In The Attempted Acquisition Of A Firearm, in violation of 18 U.S.C. §922(a)(6).

                                        Walter Herbert Rice
                                        United States District Judge